DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

AKEEM R. BOWEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2286

————————————————

March 14, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Robin F. Fuson, Judge.


PER CURIAM.

Affirmed.

MORRIS, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.